UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    *Plaintiff*,<br><br>            v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)  Case No. 19-2395 (TFH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's January 15, 2021 order, Plaintiff American Oversight and Defendant U.S. Department of Homeland Security hereby submit the following status report:

1. Plaintiff American Oversight brings this action against Defendant U.S. Department of Homeland Security (DHS) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Plaintiff filed two separate FOIA requests on January 17, 2019, seeking, broadly speaking, calendar entries for Katharine Gorka (the "Calendar Request"), and email communications between Ms. Gorka and a list of external organizations (the "External Communications Request"). *See* Compl. ¶ 8, 10. Plaintiff filed its complaint in this case on August 8, 2019. Defendant filed its answer on September 9, 2019.

### *Calendar Request*

2. Plaintiff's Calendar Request sought "[a]ll calendar or calendar entries for Katharine Gorka" for a specified date range, "in a format that includes all invitees, any notes, and all attachments." Complaint ¶ 8, Aug. 8, 2019, ECF No. 1.

3. DHS reports that it obtained the calendars for Ms. Gorka during her employment with the Department of Homeland Security. DHS produced documents responsive to the Calendar Request on March 30, 2020. These records did not reflect invitees, and while they

appeared to show which calendar entries included attachments, the attachments themselves were not included.

4.  In a follow up search, DHS identified approximately 10,000 pages of Katie Gorka calendars in another format, which includes attachments and invitees.

5.  In an effort to narrow the universe of additional calendar documents, Plaintiff provided Defendant a list of 30 meetings for which they were interested in receiving additional information, including attachments, invitees and notes or other detail not displayed on the format previously provided.

6.  The documents that relate to those 30 meetings amount to 159 pages. DHS processed those pages and on December 14, 2020, made a release to Plaintiff, including 24 pages released in full, 125 pages withheld in part and ten pages sent to other agencies for consultation. On June 22, 2021, DHS produced the ten consultation pages, eight of which were withheld in part. On July 7, 2021, DHS made a final production of six pages. Plaintiff is currently reviewing these productions.

### *External Communications Request*

7.  With respect to the External Communications request, DHS responded to the FOIA request on August 13, 2019.  As noted in the previous Joint Status Report, however, DHS re-reviewed the search and discovered that there was a discrepancy with the original search. DHS made further productions responsive to this request on August 15, 2020 and on September 14, 2020. On November 13, 2020, DHS made what it states is the final production of the additional documents in the External Communciation request.

8.  The parties continue to confer on any outstanding issues before the Court, including any issues that may otherwise be the subject of dispositive briefing. Therefore, the parties propose that the Court defer entering a briefing schedule at this time.

9. The parties jointly and respectfully propose that the Court order the parties to file a joint status report by no later than August 9, 2021 to update the Court on the negotiations regarding the Calendar Request and the External Communications Request.

Dated: July 8, 2021

| | |
|---|---|
| */s/ Khahilia Shaw* <br> KHAHILIA SHAW <br> D.C. Bar No. 1616974 <br> KATHERINE M. ANTHONY <br> D.C. Bar No. 1630524 <br><br> AMERICAN OVERSIGHT <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br> (202) 539-6507 <br> khahilia.shaw@americanoversight.org <br> katherine.anthony@americanoversight.org <br><br> *Counsel for Plaintiff* | Respectfully Submitted, <br><br> CHANNING D. PHILLIPS, D.C. Bar #415793 <br> Acting United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> /s <br> BENTON G. PETERSON, BAR # 1029849 <br> Assistant United States Attorney <br> 555 4th Street, N.W. – Civil Division <br> Washington, D.C. 20530 <br><br> (202) 252-2534 |