UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 19-2395 (TFH) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
| *Defendant*. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American Oversight and Defendant the U.S. Department of Homeland Security hereby stipulate and agree, by and through their undersigned counsel, to the dismissal of this action without prejudice, with each party to bear its own costs and fees.

Dated: August 9, 2021                    Respectfully submitted,

*/s/ Khahilia Y. Shaw*
KHAHILIA Y. SHAW
D.C. Bar No. 1616974
KATHERINE M. ANTHONY
D.C. Bar No. 1630524

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 539-6507
khahilia.shaw@americanoversight.org
katherine.anthony@americanoversight.org

*Counsel for Plaintiff*

2

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington,D.C. 20530

*Counsel for Defendant*